J. HARRY EVANS, Respondent, v. FEDERAL ADDING MACHINES, INC., Appellant.— Application denied, with ten dollars costs.

ALEXANDER ROMAN, Respondent, v. ANTONIO DI GRACI, Appellant.— Application granted.

BLANCHARD P. ATKINSON, Respondent, v. ISABELLE E. ATKINSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. We think the questions involved may be more properly presented to the Court of Appeals upon appeal from the final judgment. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

MARY CLANCY, Respondent, v. REGINA PERLMUTTER, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

FRANCIS DEAN, Appellant, v. EMILY HALLIBURTON, as Administratrix c. t. a., etc., of WILLIAM S. HALLIBURTON, Deceased, Respondent.— Motion for reargument granted, and case set down for Monday, May 4, 1925. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

AMELIA R. FOULKE, Appellant, v. NEPTUNE REALTY COMPANY and Another, Respondents.— Motion to resettle order denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

JOSEPH GALOWITZ, Appellant, v. JOHN P. MAGNER, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK for Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad, etc., Should Be Constructed and Operated. Wyckoff Avenue, Long Island Railroad Right-of-Way and East New York route (Route No. 80-B).— Motion for appointment of commissioners, etc., granted, and order signed. George M. Curtis, Jr., Rodney T. Martinsen and Gardiner Conroy appointed as said commissioners. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of MABEL L. BROWN, an Incompetent Person, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ. Settle order on notice.